IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **'09 - CV - 01040** *BnB*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

MAY 5 ~ 2009

GREGORY C. LANGHAM
CLERK

GAIL SELEEN,

     Plaintiff,

v.

WESTERN TROPHY AND SIGN SUPPLY, INC., a corporation with its principal offices
in the State of Oregon,

     Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Title VII Complaint. She has failed either to pay the

$350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the

court has determined that the submitted document is deficient as described in this

order. Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action. Plaintiff will be directed to cure the following if she wishes to

pursue her claims. Any papers which the Plaintiff files in response to this order must

include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   <u>X</u>   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiff

(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court.
Only an original has been received.
(9) X other: motion is necessary only if filing fee is not paid in advance.

**Complaint or Petition**:
(10) __ is not submitted
(11) X is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915; Title VII Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 4th day of May_____, 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  '09 - CV - 01040

Gail Seleen
1408 E. 16th Street Unit A
Loveland, CO 80538

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and two copies of the Title VII Complaint forms** to the above-named individuals on  _5/5/09_

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk