IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01040-BNB

GAIL SELEEN,

    Plaintiff,

v.

WESTERN TROPHY AND SIGN SUPPLY, INC., a corporation with its principal offices in the State of Oregon,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Gail Seleen initiated this action by filing *pro se* a Title VII Complaint. In an order filed on May 5, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Seleen to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Seleen to file the complaint on the proper form and either to pay the filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Ms. Seleen was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Ms. Seleen has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's May 5 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Title VII Complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 18 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01040-BNB

Gail Seleen
1408 E. 16th Street Unit A
Loveland, CO 80538

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** the above-named individuals on 6/18/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk